Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN PACIFIC DRYWALL, INC., a California Corporation, and DARRIN MICHAEL SPANN, an individual,<br><br>Defendants. | Case No.: C11-01962 JSW<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>AND ORDER THEREON<br>(Docket Nos. 16 and 17) |

1. The undersigned hereby acknowledges that the Judgment in the above-captioned action has been satisfied in full.

2. The names and address of the judgment creditors are: The Bay Area Painters And Tapers Pension Trust Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3. The names and addresses of the judgment debtors are as follows:

   (a) Northern Pacific Drywall, Inc., 1535 Farmers Lane #302, Santa Rosa, CA 95405;

   (b) Darrin Michael Spann, 2614 Magowan Drive, Santa Rosa, CA 94505.

4. The Amended Judgment Pursuant to Stipulation was entered on February 21, 2012.

5. An Abstract of Judgment was recorded as follows: Sonoma County, California, on June 7, 2011, as instrument number 2011048557

6. An Amended Abstract of Judgment was recorded as follows: Sonoma County, California, on March 7, 2012, as instrument number 2012022326.

<u>*NOTICE TO JUDGMENT DEBTOR*</u>: *If this is an acknowledgment of full satisfaction of judgment, it must be recorded in the counties shown in Items 5-6 above, in order to release the judgment lien.*

Dated: December 10, 2012

SALTZMAN & JOHNSON LAW CORPORATION

By:         /S/
MICHELE R. STAFFORD
Attorneys for Plaintiffs, Bay Area Painters & Tapers Trust Funds

**NOTARIZATION**

State of California     )
                               )
County of San Francisco  )

On December 10, 2012, before me, Vanessa de Fabrega, Notary Public, personally appeared MICHELE R. STAFFORD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

              /S/
Notary's Signature

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter. In the future, counsel should include a notation that a proposed order is included with any such filing. By this Order, the Court grants the request to expedite the ruling at docket no. 17.

Dated: _____, ~~2012~~
     January 18, 2013

*Jeffrey S. White*
UNITED STATES DISTRICT COURT JUDGE